**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: JEFFREY C. STILLMAN          §     Case No. 12-82720
       DARLENE F. STILLMAN          §
                                    §
           Debtor(s)                §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/16/2012.

2) The plan was confirmed on 11/02/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 07/12/2013, 04/03/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 10/30/2017, 01/25/2018.

5) The case was completed on 01/16/2018.

6) Number of months from filing or conversion to last payment: 66.

7) Number of months case was pending: 72.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,491.00.

10) Amount of unsecured claims discharged without full payment: $41,889.95.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 32,352.59 | |
| Less amount refunded to debtor(s) | $ 2.29 | |
| **NET RECEIPTS** | | $ 32,350.30 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,300.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 2,084.20 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,384.20 |
| Attorney fees paid and disclosed by debtor(s): | $ 200.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,300.00 | 0.00 |
| AMERICREDIT FINANCIAL | Sec | 22,725.00 | 22,536.73 | 22,536.73 | 22,536.73 | 3,353.88 |
| DOROTHY BELFORD | Pri | 1,716.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVIC | Uns | 133.00 | 126.40 | 126.40 | 4.16 | 0.00 |
| ADVOCATE GOOD SHEPHARD | Uns | 310.00 | NA | NA | 0.00 | 0.00 |
| AES / SLMA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AES / SLMA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS | Uns | 194.00 | NA | NA | 0.00 | 0.00 |
| AT & T BROADBAND | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY | Uns | 645.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 1,317.00 | 1,317.78 | 1,317.78 | 43.35 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 227.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS, INC as | Uns | 2,000.00 | 2,639.34 | 2,639.34 | 86.83 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITIZENS FINANCE | Uns | 4,100.00 | 2,919.26 | 2,919.26 | 96.04 | 0.00 |
| COMCAST | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE AS | Uns | 620.00 | 625.60 | 625.60 | 20.58 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 3,476.00 | 3,476.76 | 3,476.76 | 114.39 | 0.00 |
| AMERICAN INFOSOURCE AS | Uns | 583.00 | 585.88 | 585.88 | 19.28 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 4,446.00 | 4,203.43 | 4,203.43 | 138.29 | 0.00 |
| DIRECTV | Uns | 545.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 435.00 | 435.09 | 435.09 | 14.31 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 493.00 | 493.41 | 493.41 | 16.23 | 0.00 |
| GENERAL REVENUE CORP | Uns | 910.00 | NA | NA | 0.00 | 0.00 |
| HOME STATE BANK | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 595.00 | 595.68 | 595.68 | 19.60 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN / 99 | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| RBS CREDIT CARD SERVICES | Uns | 204.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 621.00 | 621.50 | 621.50 | 20.45 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 5,814.00 | 8,530.51 | 8,530.51 | 280.65 | 0.00 |
| SPEDDYCASH.COM 161-II | Uns | 242.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK IL | Uns | 166.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 600.00 | 577.50 | 577.50 | 19.00 | 0.00 |
| TRI COUNTY EMERGENCY PHYS | Uns | 210.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 375.00 | 288.41 | 288.41 | 9.49 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 250.00 | 468.19 | 468.19 | 15.40 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 8,775.87 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 13,228.36 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 6,355.14 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 5,848.52 | 0.00 | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY GROUP | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Uns | 731.00 | NA | NA | 0.00 | 0.00 |
| WESTGATE GROUP LLC | Uns | 570.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 150.00 | 1,016.90 | 1,016.90 | 33.46 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AARONS SALES & LEASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VENTURE INVESTMENT HOLDINGS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 774.52 | 774.52 | 25.48 | 0.00 |
| WEBBANK/FINGERHUT | Uns | 0.00 | 128.60 | 128.60 | 4.23 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 4,225.29 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 1,277.29 | 1,277.29 | 42.02 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 628.97 | 628.97 | 20.69 | 0.00 |
| AFNI INC | Uns | 0.00 | 397.90 | 397.90 | 13.09 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 0.00 | 261.52 | 261.52 | 8.60 | 0.00 |
| GALWAY FINANCIAL SERVICES LLC | Uns | 0.00 | 300.00 | 300.00 | 9.87 | 0.00 |
| GALWAY FINANCIAL SERVICES LLC | Uns | 0.00 | 583.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 22,536.73 | $ 22,536.73 | $ 3,353.88 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 22,536.73 | $ 22,536.73 | $ 3,353.88 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 32,690.44 | $ 1,075.49 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,384.20 |
| Disbursements to Creditors | $ 26,966.10 |
| **TOTAL DISBURSEMENTS:** | $ 32,350.30 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 07/18/2018      By: /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)